FILED
CLERK U.S. DISTRICT COURT
MAR 11 2010
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 10-516M |
| Plaintiff, | ORDER OF DETENTION AFTER HEARING (Fed.R.Crim.P. 32.1(a)(6) Allegations of Violations of Probation Supervised Release) Conditions of Release) |
| v. | |
| Omar Torres | |
| Defendant. | |

On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

The court finds no condition or combination of conditions that will reasonably assure:

(A)  (✓)  the appearance of defendant as required; and/or

(B)  ( )  the safety of any person or the community.

//
//

1      The court concludes:

2  A.   (✗)   Defendant poses a risk to the safety of other persons or the community
3           because defendant has not demonstrated by clear and convincing
4           evidence that:
5           _Nature of charge, evidence_
6           _unable to abide by court orders_
7           _____
8           _____
9

10 (B)   ( )   Defendant is a flight risk because defendant has not shown by clear
11          and convincing evidence that:
12          _____
13          _____
14          _____
15          _____
16

17      IT IS ORDERED that defendant be detained.

18
19  DATED: 3/11/10
20
21
22
23                                            _____
                                              STEPHEN J. HILLMAN
24                                            UNITED STATES MAGISTRATE JUDGE
25
26
27
28

                                    2